# UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| HECTOR TIUL CAAL, et al., | **JUDGMENT IN A CIVIL CASE** |
| Petitioners, | Case Number 2:26-cv-00850-TMC |
| v. | |
| JULIO HERNANDEZ, et al., | |
| Respondents. | |

☐     **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒     **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Petition for writ of habeas corpus is GRANTED with the relief ordered at Dkt. 14.

Dated March 17, 2026.

Joshua C. Lewis
Clerk of Court

/s/Bridget Peterson
Deputy Clerk